IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC.<br>and NEW YORK UNIVERSITY,<br><br>        Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, ABBOTT<br>BIORESEARCH CENTER, INC., and<br>ABBOTT BIOTECHNOLOGY LTD.<br><br>        Defendants. | Civil Action No. 2:09-cv-389 (TJW)<br><br>**JURY TRIAL DEMANDED** |

**DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE
NOTICE OF FILING OF QUARTERLY REPORT UNDER SEAL**

Defendants Abbott Laboratories, Abbott Bioresearch Center, Inc. and Abbott Biotechnology Ltd. (collectively "Abbott") file this Unopposed Motion for Leave to File Notice of Filing of Quarterly Report Under Seal, in support of which Abbott would respectfully show the Court as follows:

The Court entered Final Judgment in Civil Action No. 2:07-CV-139-TJW; *Centocor Ortho Biotech, Inc., et al. v. Abbott Laboratories, et al.*, on December 21, 2009. The Final Judgment requires Abbott to file quarterly reports, beginning on February 1, 2010, identifying the number of units sold with regard to all of Abbott's products alleged to infringe U.S. Patent No. 7,070,775. Because the information contained in this report is confidential, Abbott requests permission to file the report under seal.

Plaintiffs Centocor, Inc. and New York University ("Plaintiffs") are unopposed to this motion.

**PRAYER**

For the reasons stated above, Abbott requests leave to file its Notice of Filing of Quarterly Report under seal, and for such other and further relief to which Abbott may show itself justly entitled.

Dated: May 3, 2010

/s/ David J. Beck
David J. Beck
Texas Bar No. 00000070
Beck, Redden & Secrest, L.L.P.
One Houston Center
1221 McKinney St., Suite 4500
Houston, TX. 77010
(713) 951-3700
(713) 951-3720 (Fax)
dbeck@brsfirm.com
Email: dbeck@brsfirm.com

**ATTORNEY-IN-CHARGE FOR DEFENDANTS ABBOTT LABORATORIES, ABBOTT BIORESEARCH CENTER, INC., AND ABBOTT BIOTECHNOLOGY LTD.**

*Of Counsel*:

Michael E. Richardson
State Bar No. 24002838
BECK, REDDEN & SECREST, L.L.P.
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720
Email: mrichardson@brsfirm.com

William F. Lee (*pro hac vice* application filed)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: (617) 526-6000
Facsimile: (617) 526-5000

1104.00001/456916.v1

William G. McElwain (*pro hac vice* application filed)
Amy Kreiger Wigmore (*pro hac vice* application filed)
Amanda Major (*pro hac vice* application filed)
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone: (202) 663-6000
Facsimile: (202) 663-6363

Maria K. Vento (*pro hac vice* application filed)
WILMER CUTLER PICKERING HALE AND DORR LLP
1117 California Avenue
Palo Alto, CA 94304
Telephone: (650) 858-6000
Facsimile: (650) 858-6100
Email: maria.vento@wilmerhale.com

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record, who are deemed to have consented to electronic service in the above-referenced case, are being served this 3rd day of March, 2010 with a copy of the above-document via the court's CM/ECF System per Local Rule CV-5(a)(3).

/s/ Michael E. Richardson
Michael E. Richardson

## CERTIFICATE OF CONFERENCE

I certify that Counsel for Abbott, Amanda Major, has conferred with Counsel for Plaintiffs, Steve Maslowski, concerning the foregoing motion and Plaintiff is unopposed to same.

/s/ Amanda Major
Amanda Major