IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| CENTOCOR ORTHO BIOTECH, INC. and NEW YORK UNIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>ABBOTT LABORATORIES, ABBOTT BIORESEARCH CENTER, INC., and ABBOTT BIOTECHNOLOGY LTD.<br><br>Defendants. | Civil Action No. 2:09-cv-389 (TJW)<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE NOTICE OF FILING OF QUARTERLY REPORT UNDER SEAL**

Before the Court is the Unopposed Motion for Leave to File Notice of Filing of Quarterly Report Under Seal filed by Defendants Abbott Laboratories, Abbott Bioresearch Center, Inc. and Abbott Biotechnology Ltd. ("Abbott"). The Court finds that the motion should be GRANTED. Therefore, it is hereby

**ORDERED** that Abbott's Notice of Filing of Quarterly Report (including attachments) shall be filed under seal.

SIGNED this 3rd day of August, 2010.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE